# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2662

_____

Michael E. Coolman,                            *
                                               *
             Appellant,                        *
                                               *
    v.                                         *    Appeal from the United States
                                               *    District Court for the
United States of America; Barbara              *    District of Nebraska.
Donahoo; Internal Revenue Service,             *
                                               *        [UNPUBLISHED]
             Appellees.                        *

_____

Submitted:  November 6, 2000
     Filed:  November 9, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Michael Coolman appeals from the district court's[1] dismissal of his complaint in which he claimed the Fifth Amendment relieved him of the duty to sign a federal income tax form. Having carefully reviewed the record, we agree with the district court that it lacked subject matter jurisdiction. See Warren v. United States, 874 F.2d 280, 281-82 (5th Cir. 1989) (5 U.S.C. § 702 did not constitute waiver of sovereign immunity where appellant claimed Fifth Amendment privilege from signing tax form); Ueckert

_____

[1]The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

v. Comm'r of Internal Revenue, 721 F.2d 248, 250 (8th Cir. 1983) (per curiam) (taxpayer cannot rely on privilege against self-incrimination to refuse to file tax return unless he can show danger is real and appreciable; taxpayer must make some positive disclosure indicating where danger lies).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.